

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| TERRANCE BRYANT (#57773-180) | DOCKET NO. 09-CV-1222; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| J. KEEFER, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's **civil rights complaint** be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as failing to state a claim for which relief can be granted, pursuant to 28 U.S.C. §1915(e)(2)(b). The remaining claim against the United States of America, filed under the Federal Tort Claims Act, will proceed in due course.

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 15 day of January, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE