RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 1/30/12
BY GGL

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| TERRANCE BRYANT | CIVIL ACTION NO.09-1222 SEC. P |
| VERSUS | JUDGE James T. Trimble, Jr |
| WARDEN J. KEFFER, ET AL | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the magistrate judge previously filed herein, the Court concludes that the proposed findings and recommendation are correct under the applicable law.

Additionally, the Court notes the copy of the report and recommendation mailed December 02, 2011 to Mr. Bryant's last known address was returned to the Clerk of Court on December 15, 2011, marked "return to sender." More than thirty days have passed since December 15, 2011, but no correction to Plaintiff's address has been received by the Court. Therefore, dismissal for failure to prosecute under Local Rule 41.3W of the Uniform District Court Rules is also appropriate. Accordingly,

IT IS ORDERED that Plaintiff's civil rights complaint is DISMISSED WITHOUT PREJUDICE.

SIGNED on this 30th day of January, 2012, at Alexandria, Louisiana.

James T. Trimble, Jr.
UNITED STATES DISTRICT JUDGE